UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Boards of Trustees, et al. | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| vs. | : | Case No.  2:06-cv-00138 |
| | : | |
| Cheryl Colling dba Center Line Excavating | : | JUDGE GRAHAM |
| | : | Magistrate Judge King |
| Defendant. | : | |

### ORDER OF DEFAULT JUDGMENT

IT APPEARS that Defendant Cheryl Colling dba Center Line Excavating has been regularly served with a Summons and Complaint and has failed to plead or otherwise defend.  The legal time for pleading or otherwise defending has expired and the default of said Defendant has been duly entered according to law.

NOW, THEREFORE, upon Plaintiffs' Motion for Default Judgment, judgment is hereby entered against Defendant Cheryl Colling dba Center Line Excavating in pursuance of the prayer of said Complaint.

WHEREFORE, it is ORDERED, ADJUDGED and DECREED that Plaintiffs have and recover from Cheryl Colling dba Center Line Excavating the sum of Two Hundred Fifteen Dollars and Ninety-Three Cents ($215.93) in unpaid liquidated damages and interest upon late payments, plus attorneys' fees of Two Thousand Nine Hundred Twenty-Five Dollars and No Cents ($2,925.00), plus interest from the time of judgment at the rate of 1% per month, and the costs of this action.

The Plaintiffs are granted a permanent mandatory injunction and the Defendant Cheryl Colling dba Center Line Excavating is hereby ORDERED

To timely submit monthly contribution reports and submit payments thereon by the 15th of each month for all work performed by employees in the trade jurisdiction of laborer for the preceding month during the term of any and all collective bargaining agreements now in effect or any extensions thereto; and

To produce for inspection by Plaintiffs any and all payroll records necessary to an audit of the payroll records of Defendant Cheryl Colling dba Center Line Excavating for the period March 1, 2006 to the date of production, within 15 days of judgment; and

Defendant shall submit contribution reports and payments for the months July 1, 2006 through September 30, 2006, within 15 days of judgment.

It is so ORDERED..

s/James L. Graham
JAMES L. GRAHAM
United States District Judge

DATE:  October 25, 2006